

1995 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-27-1995

# Christy v PA Turnpike Comm

Precedential or Non-Precedential:

Docket 94-1386

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1995

Recommended Citation

"Christy v PA Turnpike Comm" (1995). *1995 Decisions*. Paper 84.
http://digitalcommons.law.villanova.edu/thirdcircuit_1995/84

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1995 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 94-1386 and 94-1398
_____

CHARLES A. CHRISTY,

vs.

PENNSYLVANIA TURNPIKE COMMISSION, A DULY
ORGANIZED AND EXISTING AGENCY OF THE
COMMONWEALTH OF PENNSYLVANIA; ROBERT BRADY,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY;
JAMES J. DODARO, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY; HOWARD YERUSALIM,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY;
FRANK S. URSOMARSO, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY; JAMES F. MALONE, III,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY;
JOHN L. SOKOL, JR., INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY; S. MICHAEL PALERMO,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY;
JOSEPH L. DIRIENZO, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY; SAMUEL S. CARNABUCI,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY;
MELVIN M. SHELTON, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY; DEBORAH KOVAL,
INDIVIDUALLY AND IN HER OFFICIAL CAPACITY;
JOHN A. BOSCHI, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY; VINCENT J. GRECO,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY;
JOHN A. STEWART, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY; GEORGE PILECKI,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY;
SEAN PILECKI, INDIVIDUALLY

      Pennsylvania Turnpike Commission, Robert
      Brady, Vincent Greco and John Stewart

                  Appellants No. 94-1386

    John A. Boschi,

                  Appellant No. 94-1398

—————

BEFORE:  STAPLETON, ALITO and LEWIS, <u>Circuit</u> <u>Judges</u>.

—————

ORDER

—————


IT IS ORDERED THAT:

1.   The petition for panel rehearing is granted.

2.   The panel's opinion filed March 27, 1995 is vacated.

3.   A revised panel opinion will be filed following circulation to the full court in accordance with I.O.P. 9.4.

4.   The application for rehearing in banc is dismissed as moot, but without prejudice to the filing of a new application for rehearing in banc in accordance with I.O.P. 9.5.

BY THE COURT


<u>/s/ Timothy K. Lewis</u>
Circuit Judge

Dated: April 27, 1995